UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
DR. RONALD G. CHEEK,                    :
                                         :   CASE NO.: 2:24-cv-02137-BWA-MBN
      Plaintiff,                         :
                                         :   Judge: Hon. Barry W. Ashe
vs.                                      :
                                         :   Magistrate: Hon. Michael B. North
                                         :
CONLIN STREET LLC,           :
                                         :
      Defendant.                        :
---------------------------------------------------------x

## NOTICE OF SUBMISSION

**TO:**  Conlin Street LLC
Through Registered Agent
Jose Veras Pola
4420 Conlin Street
Metairie, LA 70006

**PLEASE TAKE NOTICE** that Plaintiff's *Motion for Final Default Judgment* will be brought for hearing on Thursday, May 15, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard before U.S. District Judge Barry W. Ashe, United States Courthouse, 500 Poydras Street, Room C351, New Orleans, LA 70130.

    Respectfully Submitted,

    /s/ EVA M. KALIKOFF
    BIZER & DEREUS, LLC
    Attorneys for Plaintiff
    Andrew D. Bizer (LA # 30396)
    andrew@bizerlaw.com
    Garret S. DeReus (LA # 35105)
    gdereus@bizerlaw.com
    Eva M. Kalikoff (LA # 39932)
    eva@bizerlaw.com
    3319 St. Claude Ave.
    New Orleans, LA 70117
    T: 504-619-9999; F: 504-948-9996

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to Defendant on April 23, 2025, by US Mail (postage prepaid).

                                            By: /s/ Eva M. Kalikoff
                                                    EVA M. KALIKOFF